**Walter ROSS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76326.**

Missouri Court of Appeals,
Western District.

April 1, 2014.

Mary Highland Moore, Jefferson City, for Respondent.

Jeannette Lynn Igbenebor, Kansas City Attorney, for Appellant.

Before Division Three ANTHONY REX GABBERT, P.J., VICTOR C. HOWARD, THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

Walter L. Ross appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).